**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00912-DBS
Criminal Action No. 99-cr-00439-DBS

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.

WALTER JAMES JENKINS,

      Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Matsch, Senior Judge

      Movant has filed a notice of appeal from this court's final order denying his motion

pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  The court has

reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c)

should not be issued because Movant has not made a substantial showing of the denial of a

constitutional right.  Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 5th day of March, 2007.


                BY THE COURT:


                s/ Richard P. Matsch

                SENIOR JUDGE, UNITED STATES DISTRICT
                COURT FOR THE DISTRICT OF COLORADO