**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00912-DBS
Criminal Action No. 99-cr-00439-DBS

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

WALTER JAMES JENKINS,

    Defendant/Movant.

**ORDER DENYING MOTION FOR RECONSIDERATION**

Matsch, Senior Judge

    This matter is before the Court on the motion for reconsideration filed on March 15, 2007, by defendant Walter James Jenkins asking the Court to reconsider the March 5, 2007, order denying a certificate of appealability. The motion is inappropriately filed in this court. Accordingly, it is

    ORDERED that the motion for reconsideration, filed March 15, 2007, is DENIED.

    DATED at Denver, Colorado this 16th day of March, 2007.

                                BY THE COURT:

                                s/Richard P. Matsch

                                SENIOR JUDGE, UNITED STATES DISTRICT
                                COURT FOR THE DISTRICT OF COLORADO