# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-cr-00439-JLK

UNITED STATES OF AMERICA,

    Plaintiff

v.

WALTER JENKINS,

    Defendant.

## ORDER

Kane, J.

The document entitled "International 'Bill of Exchange' Tendered for Discharge of Debt" and accompanying Affidavit (Doc. 439), was filed by Defendant Walter Jenkins on August 11, 2010. Jenkins filed the document in his terminated criminal case, 99-CR-439-S, at the conclusion of which Jenkins was found guilty on drug charges and was sentenced to 720 months in prison. Jenkins unsuccessfully appealed both the jury's verdict and the sentence, and has filed numerous pro se motions and letters in the years since. Lately his submissions – which have been returned to him and not accepted for filing because they are mostly incomprehensible and have his Social Security Number all over them – have begun referencing 18 U.S.C. § 8 and 31 U.S.C. §§ 3123 and 5103, and purport to perfect a settlement of some multimillion dollar debt the United States Treasury purportedly owe Jenkins. The instant document seeks an order directing the U.S. Treasury Secretary and his agents to "return" to Jenkins $150,000,000 "illegally seized" from his representative. (Doc. 439 at 2). The document is gibberish.

To the extent Defendant is seeking a settlement from the government with respect to his incarceration, the request is without merit. To the extent Defendant claims an interest in any payment on the federal debt, the request is without basis and frivolous. This criminal case is CLOSED and any further filings of this nature by Mr. Jenkins may be STRICKEN without further notice.

Dated: August 17, 2010    *s/John L. Kane*
                          SENIOR U.S. DISTRICT JUDGE