IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01671-JLK
Criminal Action No. 99-cr-00439-JLK

UNITED STATES OF AMERICA,

    Petitioner,

v.

WALTER JENKINS,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing 28 U.S.C. § 2255 Motion of Judge John L. Kane entered on June 18, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [447] filed June 16, 2014, is denied; and it is further

ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 18th day of June, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Jennifer Hawkins

        Jennifer Hawkins
        Deputy Clerk